UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMIE SAUL TRUJILLO-ESPINOZA,<br><br>                  Petitioner,<br><br>   v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                  Respondent. | Case No. C20-174-JLR-MLP<br><br>REPORT AND RECOMMENDATION |

Proceeding *pro se*, Petitioner has filed a proposed 28 U.S.C. § 2241 habeas petition. By letter dated February 5, 2020, Petitioner was granted 30 days to either pay the filing fee or submit a completed application to proceed *in forma pauperis* ("IFP"), along with a certified copy of his prison trust account statement showing transactions for the past six months. (Dkt. # 2.) Petitioner was advised that failure to respond to the letter by March 6, 2020, could result in dismissal of the case. (*Id.*)

To date, Petitioner has neither paid the filing fee nor corrected the IFP deficiency. Accordingly, the Court recommends this action be DISMISSED without prejudice for failure to pay the filing fee as required by 28 U.S.C. § 1914. A proposed order accompanies this Report and Recommendation.

REPORT AND RECOMMENDATION - 1

1  Objections to this Report and Recommendation, if any, should be filed with the Clerk and
2  served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report
3  and Recommendation is signed. Failure to file objections within the specified time may affect
4  your right to appeal. Objections should be noted for consideration on the District Judge's
5  motions calendar for the third Friday after they are filed. Responses to objections may be filed
6  within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter
7  will be ready for consideration by the District Judge on April 17, 2020.
8  Dated this 24th day of March, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2