UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMIE SAUL TRUJILLO-ESPINOZA,

            Petitioner,

   v.

ICE FIELD OFFICE DIRECTOR,

           Respondent.

Case No. C20-174-JLR-MLP

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     This action is DISMISSED without prejudice for failure to pay the filing fee as required by 28 U.S.C. § 1914.

(3)     The Clerk shall send copies of this Order to Petitioner and to Judge Peterson.

Dated this 17th day of _____April_____, 2020.

                                                  _____
                                                  James L. Robart
                                                  United States District Judge

ORDER OF DISMISSAL - 1